# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

_____ Division

| | |
|---|---|
| Richard Brown | Case No. _____ |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☑ No |
| -v- | |
| Mr. Cooper | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

FILED 2023 NOV 28 P 2:20

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Brown |
| Street Address | 86 Pershing Street |
| City and County | Cranston |
| State and Zip Code | Rhode Island 02910 |
| Telephone Number | 401-442-0197 |
| E-mail Address | Recnbrown@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: Mr. Cooper
- Job or Title *(if known)*: CFO / Kurt Johnson
- Street Address: 8950 Cypress Waters Blvd
- City and County: Coppell / Dallas County
- State and Zip Code: Texas 75019
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* __Richard Brown__, is a citizen of the State of *(name)* __Rhode Island__.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* ____, is incorporated under the laws of the State of *(name)* ____, and has its principal place of business in the State of *(name)* ____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* ____, is a citizen of the State of *(name)* ____. Or is a citizen of *(foreign nation)* ____.

2. If the defendant is a corporation

    The defendant, *(name)* __Mr. Cooper__, is incorporated under the laws of the State of *(name)* __Texas__, and has its principal place of business in the State of *(name)* __Texas__. Or is incorporated under the laws of *(foreign nation)* ____, and has its principal place of business in *(name)* ____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Amount at stake is $21,105,000.00 (Twenty one million, one hundred and five thousand dollars)as of today because the defendant is knowingly breaching the contract by not performing and denying the Plaintiff his right to utilize the credits owed. Breaching fiduciary duties under Federal Reserve Act section is a Tier 3 violation which accrues at $1,000,000.00 per day... (Please See Attached)

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Richard Brown, and the defendant, *(name)* Mr.Cooper, made an agreement or contract on *(date)* 11/02/2018. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The defendant, as current servicer, is required to manage all accounting aspects , including but not limited to borrowing securities, applying payments, and distributing credits as directed.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant has knowingly ignored all claims and instructions. On 10/26/23 the defendant received a restricted endorsement with a tender giving notice to apply the principal's balance to the account within 5 business days and they did not. Another notice was sent on 10/22/23 giving them another 5 business days to complete and they did not. A final notice was sent on 11/10/23 giving them another 5 business days to complete the instructions and they did not. (Please see attached)

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff would like the court to order the defendant to cure their non-performance and apply the interest being given back to the account for set-off in full as requested. The plaintiff also asks the court to allow him to take all necessary steps to reclaim all unearned interest within the account. The plaintiff also asks the court to reimburse him of the filing fee from the defendant under the circumstances that he has made several attempts to settle this matter outside of court.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/28/2023

Signature of Plaintiff: Richard Brown
Printed Name of Plaintiff: Richard Brown

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print   Save As...   Add Attachment   Reset

II.

    C.   AMOUNT IN CONTROVERSY

The Amount at stake is $21,105,000.00 (Twenty one million, one hundred thousand dollars)as of today because the defendant is knowingly breaching the contract by not performing and denying the Plaintiff his right to utilize the credits owed. Breaching fiduciary duties under Federal Reserve Act section 29 is a Tier 3 violation which accrues at $1,000,000.00 per day in Civil money penalties( $21 million). The plaintiff has also conducted his investigation through private administration and has a daily fee schedule for services rendered during an ongoing violation at a rate of $5,000.00 per day totaling ( $105,000) to the amount at stake.

III. Statement of Claim

Continued ...

The defendant failed to comply because...

1. The defendant has knowingly ignored all claims and instructions.
2. On 10/26/23 the defendant received a restricted endorsement with a tender giving notice to apply the principal's balance to the account within 5 business days and they did not.
3. Another notice (opportunity to cure) was sent and received on 11/03/23 giving the defendant 5 more business days to complete the instructions and they did not.
4. A final notice (default judgment) was received on 11/10/23 giving them another 5 business days to complete the instructions and they did not.
5. The defendant has breached the contract.
6. On 11/06/23 the defendant sent documentation alleging that a valid form of payment was not given.
7. The plaintiff has completed his performance and now the defendant is not performing.
8. The account has taken affect due to the defendant 's non-performance.
9. Plaintiff's right to utilize the credits being given has been denied and is currently being violated.
10. The defendant is holding the account in a default status. Demanding repayment.
11. I have become damaged. As a result of this violation and it is preventing me from living out my life, liberty and pursuit of happiness.