Richard Brown PRO SE
86 Pershing St
Cranston, Rhode Island, 02910
401-442-0197
Email: Recnbrown@yahoo.com

## U.S. DISTRICT COURT

## DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| Richard Brown | ) | Case No.: 1:23-cv-00496 |
|  | ) |  |
| Plaintiff(s), | ) | **MOTION FOR DEFAULT JUDGMENT** |
|  | ) | **AGAINST DEFENDANT** |
| vs. | ) | **MR.COOPER** |
|  | ) |  |
| MR.COOPER, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

Pursuant to Rule 55 of the F.R.C.P., Plaintiff hereby moves for entry of Default Judgment on each

and all claims against the Defendant(s) Mr. Cooper asserted in the complaint on file herein on the

grounds that upon the basis of the undisputed facts, it is entitled to judgment as a matter of law.

Wherefore Plaintiff requests that the within motion be granted and judgment entered for Plaintiff in

relief through specific performance of the Defendant including return of all unearned interest due to

the Plaintiff.

DATED: January 18, 2024

*Richard Brown*
Richard Brown
Pro Se

# U.S. DISTRICT COURT
## DISTRICT OF RHODE ISLAND

## AFFIDAVIT

The undersigned, being duly sworn, upon oath deposes and says:

1. That I am the Plaintiff and have personal knowledge of the facts set forth in this affidavit;

2. That the Plaintiff on the ___28___ day of ___November___, 20_23_, filed in this action a Complaint against the Defendant;

3. That examination of the court's records in this action shows that the Defendant was duly served with a copy of the Summons and a copy of the Plaintiff's Complaint;

4. That more than _23_ days have elapsed since service of the Summons and Complaint;

5. That the Defendant has failed to plead or otherwise defend as to the Plaintiff's Complaint;

and 6. That this Affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

_Richard Brown_
Signature of the Plaintiff

State of _RHODE ISLAND_
County of _PROVIDENCE_

On this __18__ day of __JAN__, 20_24_, before me, the undersigned notary public, personally appeared ___Richard E. Brown___ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ___RI CDL 2617993___, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Matthew T. Graul
Notary Public #758158
State of Rhode Island
Commission Expires: 07/30/27

Notary Public: _____

My commission expires: _07/30/2027_

Notary identification number: _758158_

MOTION FOR DEFAULT JUDGMENT