UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD BROWN,

    Plaintiff,

    v.                                        CA No. 23-cv-496-WES

MR. COOPER,

    Defendant.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Text Order entered on July 17, 2024, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

    It is so ordered.

July 17, 2024                              By the Court:

                                              /s/ William E. Smith
                                              United States District Judge